```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0086--CR (JWS)
                      "USA V JASON FREDERICK WILSON ET AL"
                          DEF 1.1 WILSON, JASON FREDERICK

               Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
    Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed:  09/19/02
             Closed:  11/14/03
 No. of Defendants:  2
    MJ Case Number:  A02-0119--MJ
                AKA:
    Location status:  U.S. Custody
         Trial date:
         Terminated:  YES
 Needs interpreter:  NO
  Counsel of record: Allison E. Mendel
                     Mendel & Associates
                     431 W. 7th Avenue, Suite 101
                     Anchorage, AK 99501
                     907-279-5001
                     Serve: YES
                      Type: CJA
                      Role: Appeal


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 WILSON, JASON FREDERICK
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE (F) | Sentenced (34-1) |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0086--CR (JWS)
                             "USA V JASON FREDERICK WILSON ET AL"
                                    DEF 2.1 STAPLES, KEVIN

                    Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/19/02
            Closed: 11/14/03
No. of Defendants: 2
   MJ Case Number: A02-0119--MJ
               AKA: WAYNE ANTHONY TOLVER
   Location status: U.S. Custody
        Trial date:
        Terminated: YES
Needs interpreter: NO
Counsel of record: Kevin Terrell Staples
                   Pro Per: 30173-018
                   USP - Atwater
                   #1 Federal Way
                   Atwater, CA 95301
                   Serve: YES
                    Type: Not specified
                    Role: 2255 Motion


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Karen L. Loeffler
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 2.1 STAPLES, KEVIN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846 CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE CONTROLLED SUBSTANCE (F) | Sentenced (63-1) |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CRIMINAL DOCKET ENTRIES FOR CASE A02-0086--CR (JWS)
                            "USA V JASON FREDERICK WILSON ET AL"

                                    For all filing dates


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 09/19/02
            Closed: 11/14/03
No. of Defendants: 2


 Document #   Filed       Docket text

 NOTE -   1   09/19/02    [Re: DEF 1] USM Notice of Arrest; defendant arrested 8/26/02 in
                          A02-119MJ (JDR).

 NOTE -   2   09/19/02    [Re: DEF 2] Issued WOA.

 NOTE -   3   09/19/02    Issued: Proposed Trial Date Setting for Arr to CMC for USDJ.

    1 -   1   09/19/02    [Re: DEF 1-2] PLF 1 Indictment.

    2 -   1   09/19/02    [Re: DEF 1-2] AHB Grand Jury Minutes re WOA re D2 to be issued; no bail
                          set re D1,2; set for arr & notify USM re D1; In Fed Cust re D1.

    3 -   1   09/19/02    [Re: DEF 1] Documents #8-11,13,14,18 transferred from: A02-119MJ (JDR).

    4 -   1   09/19/02    [Re: DEF 1] JDR Minute Order re Arr set for 9/23/02 at 11:00 a.m. cc:
                          USA, R. Butler, USM, USPO

 NOTE -   4   09/24/02    Issued: Speedy Trial Notice to Judge Sedwick. cc: Pam Richter

    5 -   1   09/24/02    [Re: DEF 1] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on Indt
                          (hld 9/23/02); R. Butler retained; def pled not guilty; def's det cont
                          as prev set; PTM's due 10/15/02; cnsl advised of trial date 11/12/02;
                          pltf's oral mot to correct spelling of def's name granted. cc: USA, R.
                          Butler, USM, USPO, Judge Sedwick

    6 -   1   09/24/02    [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due
                          10/15/02; cnsl to meet & confer by 9/27/02. cc: USA, R. Butler

    7 -   1   09/25/02    [Re: DEF 1] JWS Minute Order setting TBJ on 11/12/02 at 9:00 a.m. and
                          FPTC for 11/12/02 at 8:30 a.m.. cc: USA, R. Butler, USM, USPO, MJ
                          Roberts, JC

    8 -   1   09/25/02    [Re: DEF 2] PLF 1 motion to quash arrest warrant & issue new warrant in
                          the name of Kevin Staples.

    8 -   2   09/25/02    [Re: DEF 2] JDR Order granting motion to quash arrest warrant & issue
                          new warrant in the name of Kevin Staples (8-1). cc: USA, USM

 NOTE -   5   09/26/02    [Re: DEF 2] Issued WOA in the name of Kevin Staples.

    9 -   1   09/27/02    [Re: DEF 1] PLF 1 Discovery Conference Certificate.

   10 -   1   10/04/02    [Re: DEF 2] Return of quashed WOA unexecuted.

   11 -   1   10/04/02    [Re: DEF 2] Return of Quashed WOA issued in A02-0119MJ(JDR).

   12 -   1   10/22/02    DEF 1 Attorney Appearance of W. Bryson.

   13 -   1   10/28/02    DEF 1 motion for substitution of counsel W. Bryson for R. Butler.
```

Case 3:02-cr-00086-JWS   Document 104   Filed 09/19/2002   Page 4 of 10
```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A02-0086--CR (JWS)
                      "USA V JASON FREDERICK WILSON ET AL"
```
For all filing dates

```
Document #    Filed       Docket text

   14 -  1    10/30/02    [Re: DEF 1] JDR Minute Order granting motion for substitution of counsel
                          (13-1). R. Butler CJA represnetation of def is withdrawn & substituted
                          by retained cnsl B. Bryson. cc: USA, R. Butler, B. Bryson, USPO, FPD CJA
                          Clerk

   15 -  1    11/05/02    DEF 1 Unopposed motion to continue trial date.

   16 -  1    11/05/02    DEF 1 Unopposed motion for hearing on shortened time to continue trial
                          date.

   17 -  1    11/05/02    [Re: DEF 1] JWS Order granting motion Unopposed motion to continue trial
                          date (15-1), motion Unopposed motion for hearing on shortened time to
                          continue trial date (16-1).  TBJ is reset for 12/9/02 at 9:00 a.m. & the
                          FPTC is reset for 12/9/02 at 8:30 a.m.  Court finds excludable delay
                          under 18 USC section 3161 (h)(8)(A).   cc: S. Collins, W. Bryson, USM,
                          USPO, MJ Roberts, Jury Clerk

   18 -  1    12/02/02    [Re: DEF 1] PLF 1 Trial Brief.

   19 -  1    12/02/02    [Re: DEF 1] PLF 1 Proposed Voir Dire.

   20 -  1    12/02/02    [Re: DEF 1] PLF 1 Proposed Jury Instructions.

   21 -  1    12/06/02    DEF 1 Notice of Intent to change plea.

   22 -  1    12/06/02    [Re: DEF 1] JWS Minute Order setting PCOP hrg on 12/9/02 at 10:00 a.m.;
                          12/9/02 FPTC and TBJ vacated. cc: USA, W. Bryson, USM, USPO, MJ Roberts,
                          JC

   23 -  1    12/11/02    [Re: DEF 1] JWS Court Minutes [ECR: Debby Willoughby-Lyons] re: PCOP
                          held 12/09/02; def changed plea to guilty on ct 1 of Indt; IOS set
                          2/25/03 at 8:30 a.m.. cc: USA, W. Bryson, USM, USPO, MJ Roberts

   24 -  1    02/18/03    DEF 1 Unopposed motion to continue sentence hearing.

   24 -  2    02/18/03    DEF 1 Unopposed motion for expedited consideration re: 24-1.

   25 -  1    02/20/03    [Re: DEF 1] JWS Minute Order granting unopposed motion to continue
                          sentence hearing (24-1), unopposed motion for expedited consideration
                          re: 24-1 (24-2), IOS continued to 3/28/03 at 8:30 a.m. cc: USA, USM, PO,
                          W. Bryson

   26 -  1    03/26/03    {SEALED}

   27 -  1    03/27/03    DEF 1 Unopposed motion on shortened time to continue sentencing hearing
                          to clarify out-of-state convictions.

   28 -  1    03/27/03    [Re: DEF 1] JWS Order granting unoppo mot on shortened time to continue
                          sentencing hrg (27-1); 3/28/03 IOS reset to 5/6/03 at 8:30 a.m.; no
                          further continuances. cc: USA, W. Bryson, USM, USPO

   29 -  1    03/27/03    [Re: DEF 1] PLF 1 Sentencing Memorandum.

   26 -  2    03/28/03    {SEALED}

 NOTE -  6    04/16/03    [Re: DEF 2] USM Notice of Arrest; defendant arrested 4/14/03 in
                          Jacksonville, FL.
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET ENTRIES FOR CASE A02-0086--CR (JWS)
                        "USA V JASON FREDERICK WILSON ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 30 - 1 | 04/18/03 | [Re: DEF 2] Return of WOA executed at Jacksonville, FL on 4/15/03. |
| 31 - 1 | 05/05/03 | DEF 1 Unopposed motion, expedited, to reschedule time of 5/6/03 IOS to 3:30 |
| 31 - 2 | 05/05/03 | [Re: DEF 1] JWS Order granting unoppo mot, expedited, to reschedule time of 5/6/03 IOS to 3:30 p.m. (31-1). cc: USA, W. Bryson, USM, USPO |
| 32 - 1 | 05/06/03 | DEF 1 Sentencing Memorandum w/att exhs. |
| 32 - 2 | 05/06/03 | DEF 1 motion (request) for downward criminal history departure w/att exhs. |
| 33 - 1 | 05/07/03 | [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: IOS held 5/6/03; def sentenced to 151 months in prison; 36 mos SR; $100.00 SA; def remandedto USM; denying mot (req) for downward criminal history departure (32-2). |
| 34 - 1 | 05/07/03 | [Re: DEF 1] JWS Judgment pleaded guilty to ct 1 of the Indt (1-1); def sentenced to 151 mos in prison; 36 mos SR; $100.00 SA. cc: USA, W. Bryson, USM, USPO, FLU, Def w/cnsls cy, MJ Roberts |
| 35 - 1 | 05/14/03 | DEF 1 appeal to 9CCA of (34-1) filed 05/07/03. cc:USA, W. Bryson, Judge Sedwick, 9CCA, USM, USPO |
| NOTE - 7 | 05/15/03 | Transmittal: Forwarded notice of appeal (35-1) to 9CCA. |
| 36 - 1 | 05/15/03 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (35-1) cc:USA, W. Bryson, Judge Sedwick, ECR |
| 37 - 1 | 05/19/03 | [Re: DEF 2] Consent to Transfer/Rule 40 w/att cert copies of waiver of rule 40 hrg, clerk's minutes of Inital appearance;commitment to another district, & order of detention. |
| NOTE - 8 | 05/21/03 | [Re: DEF 2] USM Notice of Arrest; defendant arrived in district 5/20/03. |
| NOTE - 9 | 05/21/03 | [Re: DEF 2] Issued: Proposed Trial Date Setting for Arr to CMC for USDJ. |
| 38 - 1 | 05/22/03 | [Re: DEF 2] PLF 1 Attorney Substitution of D. Cooper (USA) for S. Collins (USA). |
| 39 - 1 | 05/22/03 | [Re: DEF 2] CJA appointment of S. Dattan. |
| 40 - 1 | 05/23/03 | [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] re Arr on Indt hld 5/21/03; CJA cnsl to be apptd; cont arr/det hrg set for 5/23/03 at 2:30 p.m.; def's det cont. cc: USA, FPD CJA Clerk, D. Dattan, USM, USPO, Judge Sedwick |
| 41 - 1 | 05/23/03 | [Re: DEF 2] Financial Affidavit. |
| 42 - 1 | 05/23/03 | [Re: DEF 2] JDR Order of Detention Pending Hrg set for 5/23/03 at 2:30 p.m. cc: USA, D. Dattan, USM, USPO |
| 43 - 1 | 05/27/03 | [Re: DEF 2] JDR Order regarding preparation for trial; ptms due 6/10/03. cc: USA, S. Dattan. |
| 44 - 1 | 05/27/03 | [Re: DEF 2] JDR Order of Detention Pending Trial. cc: USA, S. Dattan, USM, PO |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A02-0086--CR (JWS)
                       "USA V JASON FREDERICK WILSON ET AL"
```

|                                    |
| ---------------------------------- |
| For all filing dates               |

| Document # | Filed | Docket text |
|---|---|---|
| 45 - 1 | 05/27/03 | [Re: DEF 2] JDR Court Minutes [ECR: Robin Carter] of cont arr/det hrg (held 5/23/03); govt's oral mot to correct def's true and correct name to Kevin Staples aka Wayne Anthony Tolver GRANTED; def plead not guilty; ptms due 6/10/03; order re: preparation for trial FILED;; det uncontested; order of det FILED.  cc: USA, S. Dattan, USM, PO, Judge Sedwick |
| NOTE - 10 | 05/28/03 | Issued: Notice of Speedy Trial Act ddlns to JWS.  cc: CMC |
| 46 - 1 | 06/02/03 | [Re: DEF 1] Partial Transcript re: IOS held 5/6/03. |
| 47 - 1 | 06/05/03 | [Re: DEF 2] JWS Minute Order setting TBJ on 7/28/03 at 9:00 a.m. and FPTC for 7/28/03 at 8:30 a.m.. cc: USA, D. Dattan, USM, USPO, MJ Roberts, JC |
| 48 - 1 | 06/12/03 | [Re: DEF 2] JDR Minute Order re govt to file dscvy conf cert/show cause due by 6/19/03. cc: USA, D. Dattan |
| 49 - 1 | 06/17/03 | [Re: DEF 2] PLF 1 Certification of discovery conference. |
| 50 - 1 | 07/02/03 | DEF 2 Notice of Intent to change plea. |
| 51 - 1 | 07/02/03 | {SEALED} |
| 52 - 1 | 07/07/03 | [Re: DEF 2] JWS Minute Order setting PCOP hrg on 7/16/03 at 9:00 a.m. and vacating 7/28/03 FPTC and TBJ. cc: USA, S. Dattan, USM, USPO, MJ Roberts, JC |
| 53 - 1 | 07/16/03 | {SEALED} |
| 54 - 1 | 09/11/03 | DEF 2 Unopposed motion to change date of sentencing hearing w/att aff. |
| 55 - 1 | 09/12/03 | [Re: DEF 2] JWS Order granting unoppo mot to change date of sentencing hrg (54-1); 10/15/03 IOS vacated and reset for 10/31/03 at 8:00 a.m.. cc: USA, S. Dattan, USM, USPO |
| 56 - 1 | 10/15/03 | DEF 2 Sentencing Memorandum. |
| 57 - 1 | 10/22/03 | {SEALED} |
| 58 - 1 | 10/23/03 | {SEALED} |
| 59 - 1 | 11/07/03 | {SEALED} |
| 60 - 1 | 11/12/03 | {SEALED} |
| 61 - 1 | 11/12/03 | {SEALED} |
| 62 - 1 | 11/13/03 | [Re: DEF 2] JWS Court Minutes [ECR: Elisa Singleton] re: IOS held 11/13/03; def sentenced to 110 mos in prison; 60 mos SR; $100.00 SA; def remanded to USM. |
| 63 - 1 | 11/14/03 | [Re: DEF 2] JWS Judgment pleaded guilty to ct 1 of Indt (1-1); sentenced to 110 mos in prison; 60 mos SR; $100.00 SA. cc: USA, S. Dattan, Def w/cnsls cy, USM, USPO, MJ Roberts, FLU, Finance |
| 64 - 1 | 11/20/03 | [Re: DEF 1] Copy of Order from 9CCA that failure to comply w/this order may result in the dismissal of this appeal for failure to prosecute. |

Case 3:02-cr-00086-JWS   Document 104   Filed 09/19/2002   Page 7 of 10

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CRIMINAL DOCKET ENTRIES FOR CASE A02-0086--CR (JWS)
                               "USA V JASON FREDERICK WILSON ET AL"
```

For all filing dates

```
Document #    Filed      Docket text
```
|  |  |  |
|---|---|---|
|  |  | Clerk (9CCA) to serve this order and cja 23 on appellant and cnsl Bryson by cert mail(return requested). (35-1) cc: USA, Bryson, Judge Sedwick, J. Wilson |
| 65 - 1 | 11/20/03 | {SEALED} |
| 65 - 2 | 11/21/03 | {SEALED} |
| 66 - 1 | 12/17/03 | [Re: DEF 2] Partial Transcript re: IOS held 11/13/03. |
| NOTE - 11 | 12/22/03 | Notation (re: Appeal): forwarded mot for appointment of cnsl for representation on direct appeal. |
| 67 - 1 | 02/09/04 | USM Return of svc re: DEF 2 on 12/30/03 to USP Atwater at Atwater, CA |
| 68 - 1 | 03/09/04 | [Re: DEF 1] Copy of Order from 9CCA that appellant's mot for appt of cnsl is also construed as mot for IP; mot granted. Clk shall svc copy of this order on R. Curtner, FPD who will locate appointed cnsl. District court to provide name of appt cnsl by fax w/i 14 days of locating cnsl. Cnsl shall designate transcripts by 4/15/04. The transcripts are due 5/17/04, appellants opening brief and excerpts are due 6/28/04, appellee's answering brief is due 7/28/04 and optional reply due w/i 14 days after svc of answering brief.  Clk shall svc CJA form 24 and cert cy of this order on FPD who will provide them to cnsl.  If appellant is seeking transcripts of proceeding requirign special authorization should be obtained from district court.  Upon filing of transcripts, the crt reporter shall submitt the CJA form 24 to this court for payment. cc . (35-1) cc: D. Cooper, J. Wilson, R. Curtner, Judge Sedwick , ECR, USM, PO |
| 69 - 1 | 03/09/04 | [Re: DEF 1] CJA appointment of Allison E. Mendel. |
| NOTE - 12 | 03/10/04 | Notation (re: Appeal): forwarded CJA of A. Mendel to 9CCA. |
| 70 - 1 | 04/01/04 | DEF 1 Transcript Designation Form w/original Transcript Order Form re: notice of appeal (35-1) w/CJA 24.  cc:ecr |
| 71 - 1 | 05/06/04 | [Re: DEF 1] Transcript re: PCOP held 12/9/02 re: notice of appeal (35-1). |
| 72 - 1 | 05/06/04 | [Re: DEF 1] Partial Transcript re: IOS held 5/6/03  re: notice of appeal (35-1). |
| 73 - 1 | 05/06/04 | [Re: DEF 1] cy 9CCA Certificate of Record. (35-1) cc: USA, A. Mendel, Judge Sedwick, 9CCa (original) |
| 74 - 1 | 07/23/04 | DEF 2 motion under 28 USC 2255 to Vacate, Set Aside, Or Correct Sentence By a Person in Federal Custody. |
| 75 - 1 | 08/03/04 | [Re: DEF 2] JWS Order directing svc & response; clk to serve cy of 2255 mot @ dkt 74 on US Atty; DEF 2 has until 9/1/04 to file req for crt appointed cnsl or file notice of intent to proceed w/o cnsl; USA has until 10/1/04 to file an ans unless DEF appointed an atty; case is referred to MJ Roberts per D.Ak.LR 4(5). cc: USA, K. Staples, MJ Roberts |
| 76 - 1 | 08/19/04 | DEF 2 Notice of intent to proceed without counsel. |
| 77 - 1 | 09/14/04 | DEF 2 motion and supplement to 28:2255 under Rule 60(b). |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A02-0086--CR (JWS)
                       "USA V JASON FREDERICK WILSON ET AL"

                              For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 78 - 1 | 09/15/04 | [Re: DEF 2] PLF 1 non-opposition to DEF 2 motion and supplement to 28:2255 under Rule 60(b) (77-1). |
| 78 - 2 | 09/15/04 | [Re: DEF 2] PLF 1 motion to extend briefing schedule. |
| 79 - 1 | 09/20/04 | [Re: DEF 2] JDR Minute Order granting motion and supplement to 28:2255 under Rule 60(b) (77-1), motion to extend briefing schedule (78-2); def's supp to his 28:2255 due 10/18; govt's response, if any, due 11/18/04. cc: USA, K. Staples |
| 80 - 1 | 09/24/04 | DEF 2 Supplement re: DEF 2 motion under 28 USC 2255 to Vacate, Set Aside, Or Correct Sentence By a Person in Federal Custody. (74-1). |
| 81 - 1 | 11/05/04 | [Re: DEF 2] PLF 1 motion to stay briefing on def's 28:2255 pending a decision of the Supreme Crt in US v Booker & US v Fanfan. |
| 82 - 1 | 12/07/04 | [Re: DEF 2] JDR Order granting motion to stay briefing on def's 28:2255 pending a decision of the Supreme Crt in US v Booker & US v Fanfan (81-1). cc: USA, K. Staples |
| NOTE - 13 | 12/09/04 | Notation (re: Appeal): forwarded sub of cnsl for USA to 9CCA. |
| 83 - 1 | 12/09/04 | [Re: DEF 2] PLF 1 Attorney Substitution of K. Loeffler(AUSA) for D. Cooper (AUSA). |
| 84 - 1 | 12/10/04 | DEF 2 Notice of motion to suppl 28:2255. |
| 85 - 1 | 12/10/04 | DEF 2 motion to supplement 28 U.S.C. 2255 & expansion of petition. |
| 86 - 1 | 12/14/04 | [Re: DEF 2] JDR Minute Order holding in abeyance & stayed motion to supplement 28 U.S.C. 2255 & expansion of petition (85-1) pending decision in USA v Fanfan & US v Booker. cc: USA, K. Staples |
| 87 - 1 | 02/04/05 | [Re: DEF 2] PLF 1 Notice to court. |
| 87 - 2 | 02/04/05 | [Re: DEF 2] PLF 1 motion (request) for new scheduling order. |
| 88 - 1 | 02/14/05 | DEF 2 opposition to [Re: DEF 2] PLF 1 motion to stay briefing on def's 28:2255 pending a decision of the Supreme Crt in US v Booker & US v Fanfan  (81-1). |
| 88 - 2 | 02/14/05 | DEF 2 joinder to [Re: DEF 2] PLF 1 motion (request) for new scheduling order (87-2). |
| 89 - 1 | 03/01/05 | [Re: DEF 2] JDR Minute Order re stay as to def's 28:2255 motion is lifted; granting motion (request) for new scheduling order (87-2); S&P conf on def's 28:2255 mot set for 3/14/05 at 9:30 a.m. cc: USA, K. Staples, USM, USPO, Judge Sedwick |
| 90 - 1 | 03/14/05 | [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] [Re: DEF 2] JDR Court Minutes [ECR: Caroline Edmiston] Scheduling and Planning Conference on Def's 28:2255 motion (held 03/14/05). Def not present. Government requested continuance. Continued Scheduling and Planning Conference on Def's 28:2255 motion set 03/23/05 at 10:00 a.m. cc: USA, DEFw/USM, USPO,SW. |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CRIMINAL DOCKET ENTRIES FOR CASE A02-0086--CR (JWS)
                           "USA V JASON FREDERICK WILSON ET AL"

                                    For all filing dates


 Document #    Filed      Docket text

    91 -  1   03/21/05   DEF 2 motion to move the court for default judgment & to grant
                         petitioners 28 USC 2255.

    92 -  1   03/22/05   [Re: DEF 2] PLF 1 Notice on shortened time, of status of attempts to
                         schedule def's telephonic appearance at the 3/23/05 hrg.

    93 -  1   03/23/05   [Re: DEF 2] JDR Court Minutes [ECR: Linda Christensen] re S&P Conf (held
                         3/23/05); granting motion to supplement 28 U.S.C. 2255 & expansion of
                         petition (85-1); withdrawing motion to move the court for default
                         judgment & to grant petitioners 28 USC 2 (91-1); govt response to def
                         supplement at dkt #85 due 4/13/05; def opening brief due 4/25/05; govt
                         response brief due 5/10/05; def reply brief due 5/23/05.  cc: USA, K.
                         Staples

    94 -  1   04/13/05   [Re: DEF 2] PLF 1 opposition to DEF 2 motion under 28 USC 2255 to
                         Vacate, Set Aside, Or Correct Sentence By a Person in Federal Custody
                         (74-1).

    95 -  1   04/25/05   DEF 2 motion for judgment in default.

    96 -  1   04/25/05   DEF 2 Letter of Inquiry to the District Court.

    97 -  1   05/02/05   [Re: DEF 2] JDR Minute Order re def's letter of inquiry requesting
                         clarification re flg schedules re pending 2255 motion (96-1); govt's
                         oppo was fld 4/13/05 at doc #94; def's opening brief is due 4/25/05;
                         govt's response is due 5/10/05; reply, if any, is due 5/23/05. cc: USA,
                         K. Staples

    98 -  1   05/10/05   [Re: DEF 2] PLF 1 Response to Order at dkt # 93 dated 3/23/05.

    99 -  1   05/13/05   DEF 2 motion (emergency) to compel crt to order govt to immediately
                         forward its response.

   100 -  1   05/16/05   [Re: DEF 2] PLF 1 Notice to crt re: DEF 2's emergency motion for govt to
                         forward it's response.

   101 -  1   05/31/05   [Re: DEF 2] JDR Minute Order terminating in light of this order: motion
                         for judgment in default (95-1). cc: USA, K. Staples

   102 -  1   05/31/05   [Re: DEF 2] JDR Minute Order terminating in light of this order: motion
                         (emergency) to compel crt to order govt to immediately forward its res
                         (99-1); def's reply to govt's oppo to def's 2255 mot due 6/10/05. cc:
                         USA< K. Staples

   103 -  1   05/31/05   DEF 2 opening brief re: DEF 2 motion under 28 USC 2255 to Vacate, Set
                         Aside, Or Correct Sentence By a Person in Federal Custody (74-1).

   104 -  1   06/23/05   Initial R&R re: DEF 2 motion under 28 USC 2255 to Vacate, Set Aside, Or
                         Correct Sentence By a Person in Federal Custody (74-1); Recommended be
                         denied; Objections due NOON 07/11/05. Reply due NOON 07/15/05. cc: USA,
                         K. Staples, Judge Sedwick

   105 -  1   07/11/05   DEF 2 objection to R&R re: DEF 2 motion under 28 USC 2255 to Vacate, Set
                         Aside, Or Correct Sentence By a Person in Federal Custody (74-1).

   106 -  1   10/24/05   DEF 2 motion of inquiry in a 2255 proceeding.
```

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET ENTRIES FOR CASE A02-0086--CR (JWS)
                     "USA V JASON FREDERICK WILSON ET AL"

                              For all filing dates


Document #   Filed      Docket text
_____   _____   _____

  107 -  1   11/07/05   DEF 2 motion of inquiry in a 2255 proceeding.
```