**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA,
       Plaintiff,

v.

KEVIN TERRELL STAPLES,
       Defendant.

Case Number 3:04-cv-00154-JWS
[3:02-cr-00086-02-JWS]

**JUDGMENT IN A CIVIL CASE**

___ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT.** This action came to trial or hearing before the court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT defendant's application for post-conviction relief [28 U.S.C. 2255] is dismissed.

APPROVED: **REDACTED SIGNATURE**

John W. Sedwick
United States District Judge

5-3-06
Date

Ida Romack
Clerk of Court

Pam Richter
(By) Deputy Clerk

[]