RECEIVED

MAY 2 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Kevin T. Staples

P.O. Box 019001

Atwater, CA 95301

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| Kevin T. Staples, | ) A02-0086 CR (JWS) |
|   Petitioner, | ) MOTION FOR THE PRODUCTION |
| | ) OF SENTENCING TRANSCRIPTS |
| v. | ) PURUANT TO 18 USC 3006(A) |
| United States Of America, | ) |
|   Respondent. | ) |
| _____ | ) |

COMES NOW, Kevin T. Staples Pro se (hereinafter) Petitioner, in a motion to the Honorable District Court, of Alaska, Petitioner seeks the production of the Sentencing Transcripts in the above captioned case.

Petitioner asserts that he is an indigent defendant, incarcerated in the United States Federal Penitentiary, Atwater, CA.

Petitioner asserts that he requires a copy of the sentencing transcripts in order that he may perfect an intelligent appeal to the Court of Appeals, in response to the denial of his § 2255 motion.

  Petitioner respectfully request that the Court Clerk, please forward to him a copy of the requested document.

            Respectfully submitted

            Kevin T. Staples

Dated: this day of May 21 ,2006