**NOTICE OF NON-COMPLIANCE WITH RULES**

U.S. District Court, Office of the Clerk, 222 W. 7th Ave., Rm 229, Anchorage, AK 99513-7564, 907-677-6100

| | | | |
|---|---|---|---|
| To: | Kevin Staples | Case Number: | 3:02-cr-00086-02-JWS |
| | P.O. Box 019001 | Case Title: | USA v Staples |
| | Atwater, CA 95301 | Docket No: | #123 |

Document Title: Motion For The Production Of Sentencing Transcripts Pursuant To 18 USC 3006(A)

**Part I.** This form is being sent as a courtesy to advise you that document(s) filed in the above referenced case were not in compliance with Local and/or Federal Court Rules and to prevent such deficiencies in the future. The documents have been filed. The following deficiencies were identified:

LR 3.1 Papers to Accompany Filing
___(a) Cover Sheet missing

___ OTHER (see comments)

LR 10.1 Form of Pleading
___ (a) General - see Comments Below
___ (b) No Chamber copy(s)-copy charge

Amount Due: $_____

*************************************************************************************************

**Part II.** This form is being sent to advise you that document(s) are being returned for the following reasons:

FRCP 5(d) Serving & Filing Pleadings and Other Papers
___ Discovery documents are not routinely filed
___ Depositions are not routinely filed

___ Pursuant to Court Order
___ OTHER (see comments)

28:1914(a) Filing Fee
___Returned for Filing Fee or waiver of fees

FRCP 10 Form of Pleading
___(a) Returned Complaint - Names of Parties not listed

*************************************************************************************************

**Part III.** This form is being sent to advise you that document(s) were not in compliance with Local and/or Federal Court Rules, which may result in the document(s) being stricken, <u>if not corrected</u> within 7 days:

LR 10.1 Form of Pleading
___(e) First page information missing (see comments below)
___(f) Document is not signed

___ OTHER (see comments)

LR 5.1 Proof of Service
XX  No proof of service on the document filed

*************************************************************************************************

**Comments:** Mr. Staples - all documents filed in this court must be served on opposing counsel and a certificate of such service must be included with the document you are filing with the court.

Name: Pam Richter                                              Date: **May 26, 2006**