# CERTIFICATE OF SERVICE

I, _Kevin Staples_ hereby certify that I have served a true
and correct copy of the following:

_Motion For COA § 2253_

Which is deemed filed at the time it was delivered to prison authorities for
forwarding, Houston v. Lack, 101 L.Ed.2d 245 (1988), upon the defendant/
defendants and or his attorney/attorneys of record, by placing same in a
sealed, postage prepaid envelope addressed to:

Karen L. Loeffla                       Clerk Of The Court
Assistant U.S. Attorney                U.S. District Court
Federal Building U.S. Court House      222 W. 7th Ave #4
222 W. 7th Ave #G  Room 253            Anchorage Alaska
Anchorage Alaska 99513-756             99513-7564

and deposited same in the United States Mail at
U.S.P. Atwater, P.O. Box 019001

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the
foregoing is true and correct.

Dated this _30_ day of _May_ , 20_06_.

_Kevin Staples_
PRO Se