**MINUTES OF THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ALASKA**

*UNITED STATES OF AMERICA*    v.    *KEVIN TERRELL STAPLES*

THE HONORABLE JOHN W. SEDWICK                CASE NO. 3:02-cr-00086-JWS

PROCEEDINGS:    **ORDER FROM CHAMBERS**            Date:  June 19, 2006

_____

The court has considered the Petition to The District Court For Issuance of Certificate of Appealability.  This court must deny the petition, because the petition does not make a substantial showing of the denial of a constitutional right.  28 U.S.C. § 2253(c)(2). *See* the court's order at docket 120.

Petitioner may now seek a certificate of appealabilty from the Court of Appeals for the Ninth Circuit.  FED. R. APP. P. 22(b).

_____