UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: June 21, 2006

To: United States Court of Appeals           ATTN: (X) CIVIL
    For the Ninth Circuit
    Office of the Clerk                              (X) CRIMINAL
    95 Seventh Street
    San Francisco, California 94103            (  ) JUDGE

From: Pam Richter
     U.S. District Court
     222 West 7th Avenue, #4
     Anchorage, AK  99513


DC No: 3:02-cr-00086-02-JWS and 3:04-cv-00154-JWS    Appeal No:

Short title: USA v Kevin Staples

Composition of Record

Clerk's Files in  1  volume    (X) original    ( ) certified copy

    Bulky docs. ____ volumes, docket # _____
                    (folders)

Reporter's in _____ volumes    ( ) original    ( ) certified copy
Transcripts

Exhibits:   in _____ envelopes    ( ) under seal

        in _____ boxes    ( ) under seal

Other: **NOTE:  One volume civil case (3:04-cv-00154-JWS).  Documents 108 - 130 are electronic and available through PACER (certified copy of ACMS and ECF dockets are enclosed)**
(please note any documents filed under seal)


Acknowledgement: _____    Date: _____
"record.app" [11/21/97]