RECEIVED
JUN 2 6 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

**CASE INFORMATION:**
Short Case Title: USA v Kevin Terrell Staples
Court of Appeals No. (leave blank if unassigned): 6-35533
U.S. District Court Judge Name and Case No.: John W. Sedwick; 3:02-cr-00086-02-JWS/3:04-cv-00154-JWS
Date Complaint/Indictment/Petition Filed: 9/19/02
Date Appealed Order/Judgment *entered*: 5/4/06
Date NOA *filed*: 6/9/06
COA Status (check one):
__granted in full (attach order)    _X_ denied in full (send record)
__granted in part (send record)    __pending

Court Reporter(s) Name and Phone Number: Caroline Edmiston, Debby Willoughby-Lyons, Denali Elmore, Robin Carter, Elisa Singleton

Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: No          Date Docket Fee billed: __
Date FP granted: __               Date FP denied: __
Is FP pending? no                 Was FP Limited/Revoked?
US Government Appeal? no
Companion Cases? Please list: __

Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:                Appellee Counsel:
Kevin Terrell Staples (ProSe)     Stephan A. Collins
USP - Atwater                     U. S. Attorney's Office
POB 019001                        222 W. 7th Avenue, #9
Atwater, CA 95301                 Anchorage, AK 99513-7567
                                  Stephan.Collins@usdoj.gov
                                  (907) 271-1500

__retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: 30173-018       Address: __
Custody: Yes
Bail: No

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: __       9th Circuit Docket Number: __

Name and phone number of person completing this form: Pam Richter