**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

  UNITED STATES OF AMERICA     v.     KEVIN TERRELL STAPLES  

THE HONORABLE JOHN W. SEDWICK   CASE NO.   3:02-cr-00086-02-JWS  

     Deputy Clerk                  Official Recorder  

     Pam Richter                _____

APPEARANCES:   for PLAINTIFF:  ----

                for DEFENDANT:  ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court denied defendant Staples request for a certificate of appealability in an order at docket 129.

Staples motion for production of a transcript at docket 123 is **DENIED** without prejudice to a new motion if the Court of Appeals grants him a certificate of appealability.

DATE:  July 5, 2006  

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr  
Deputy Clerk

[FORMS*IA*]