NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-3382
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:02-cr-00086-(JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE TO DISCONTINUE** |
| vs. | ) | **ELECTRONIC SERVICE** |
| | ) | |
| JASON FREDERICK WILSON and | ) | |
| KEVIN TERRELL STAPLES, | ) | |
| | ) | |
| Defendants. | ) | |

COMES NOW Plaintiff United States of America, by and through Nelson P. Cohen, United States Attorney for the District of Alaska, and hereby requests the Court no longer electronically serves pleadings in the above-captioned case on Karen L. Loeffler, Assistant U.S. Attorney.  Stephan A. Collins, Assistant U.S.

Attorney, is the lead attorney in this case and should only be receiving electronic case filing notices.

RESPECTFULLY submitted this 12th day of September, 2006, at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3382
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2006
a copy of the foregoing NOTICE was served
electronically:

John C. Pharr
Law Offices of John C. Pharr
733 West 4th Avenue, Suite 308
Anchorage, AK  99501

I hereby certify that on September 12, 2006
a copy of the foregoing NOTICE was served
via U.S. Mail:

Kevin Terrell Staples
30173-018
USP - Atwater
POB 019001
Atwater, CA 95301

s/ Stephan A. Collins