**RECEIVED**

1  Name: Kevin Staples
   Reg. No.: 30173-018
2  Address: 37910 N. 45th Ave
   City, State: Phonix AZ, 85086
3

JAN 0 3 2007

**CLERK, U.S. DISTRICT COURT**
**ANCHORAGE, ALASKA**

Filed in the Trial Courts
STATE OF ALASKA, THIRD DISTRICT

JAN 03 2007

By _____ Clerk of the Trial Courts
                              Deputy

IN THE UNITED STATES DISTRICT COURT
for the District of Alaska

Kevin Staples                    )
Plaintiff/Petitioner,            )
                                 )
     v.                          )    NOTICE OF CHANGE OF ADDRESS
                                 )    A02-0086-2 CR (JWS)
United States of America         )
Defendant(s)/Respondent(s)       )
                                 )

Please be advised of my new address:

     Name:      Kevin Staples
     Reg. No.:  30173-018
     Address:   37910 N. 45th Ave
                Phonix AZ, 85086

Submitted this 26 day of December, 2006.

                              _Kevin Staples_____
                              (Signature)

Copy of the foregoing mailed this ____ day of _____, 20___ to:

Name: _____
Address: _____
         _____

     Attorney for Defendant(s)/Respondent(s)