**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 25 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 06-35533 |
|---|---|
| Plaintiff - Appellee, | D.C. No. CV-04-00154-JWS<br>District of Alaska,<br>Anchorage |
| v. | |
| KEVIN TERRELL STAPLES, | ORDER |
| Defendant - Appellant. | |

RECEIVED

JAN 29 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before:   GOULD and PAEZ, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2). All outstanding motions are denied.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JAN 25 2007

by _____
Deputy Clerk

RESEARCH